DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: patrick.rose@usdoj.gov

MOLLY R. SILFEN
Special Assistant United States Attorney
United States Patent and Trademark Office
Office of the Solicitor
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313-1450
Phone: (571) 272-9035
Fax: (571) 273-0373
molly.silfen@uspto.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT P. HYATT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE and MICHELLE K. LEE, Deputy Under Secretary of Commerce for Intellectual Property, and Deputy Director of the United States Patent and Trademark Office, <br><br> Defendants. | Case No.: 2:14-cv-00011-JCM-NJK <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, Defendants Michelle K. Lee and the United States Patent and Trademark Office (collectively "USPTO") respectfully move for a two-week extension of time, to June 23, 2014, to file a reply in support of their Motion to Dismiss or, in the Alternative, Strike the First Amended Complaint. A response is currently due

June 9, 2014. Mr. Hyatt's counsel have advised that they do not oppose this request for additional time.

In support of this motion, the USPTO relies on the following Memorandum of Points and Authorities.

Dated: June 9, 2014

          Respectfully submitted,

          DANIEL G. BOGDEN
          United States Attorney

          */s/ Molly R. Silfen*
          MOLLY R. SILFEN
          Special Assistant United States Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1 allow a party to request additional time to perform an act. Here, the USPTO's request for additional time to file a reply in support of its Motion to Dismiss or, in the Alternative, Strike the First Amended Complaint is warranted because of the schedule of counsel for the USPTO. Specifically, Mr. Hyatt's response was filed on Friday, May 30, 2014. The undersigned defense counsel had an oral argument at the Court of Appeals for the Federal Circuit on Tuesday, June 3, 2014, and has a brief due in a different appeal at the Federal Circuit on Thursday, June 12, 2014. The USPTO also has a reply brief due in this Court, in case no. 2:14-cv-00311-LDG-GWF, on the same day as this brief, June 9, 2014. The USPTO is requesting a two-week extension until June 23, 2014, in that case as well.

Mr. Hyatt's counsel have advised that they do not oppose this request for additional time.

For these reasons, the USPTO respectfully requests that the Court extend the deadline to file a reply in support of the USPTO's Motion to Dismiss or, in the Alternative, Strike the First

1  Amended Complaint to June 23, 2014.  This request is made in good faith and not for purposes of
2  undue delay.
3       Dated: June 9, 2014

                                    Respectfully submitted,

                                    DANIEL G. BOGDEN
                                    United States Attorney


                                     /s/ Molly R. Silfen
                                    MOLLY R. SILFEN
                                    Special Assistant United States Attorney




                                    **IT IS SO ORDERED.**



                                    _____
                                    **UNITED STATES DISTRICT JUDGE**

                                    **Dated:** June 9, 2014
                                    _____

3

## PROOF OF SERVICE

I, Molly R. Silfen, certify that the following individuals were served on this date by the below identified method of service:

**Electronic Case Filing**

John T. Steffen
Joseph S. Kistler
HUTCHINSON & STEFFEN, LLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
jsteffen@hutchlegal.com
jkistler@hutchlegal.com

Aaron M. Panner
Melanie L. Bostwick
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
apanner@khhte.com
mbostwick@khhte.com

Dated: June 9, 2014

                                           /s/ Molly R. Silfen
                                           MOLLY R. SILFEN
                                           Special Assistant United States Attorney